JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANTOS SAUL ALVAREZ BARRAGAN; SA HOLIDAY, INC., | CV 20-8226 PA (ASx) |
| Plaintiffs, | JUDGMENT |
| v. | |
| DAZN NORTH AMERICA INC.; DAZN MEDIA INC.; DAZN US LLC; PERFORM INVESTMENT LIMITED; GOLDEN BOY PROMOTIONS, LLC; GOLDEN BOY PROMOTIONS, INC.; OSCAR DE LA HOYA; and DOES 1-25, | |
| Defendants. | |

Pursuant to the Court's September 29, 2020 Minute Order dismissing this action for lack of subject matter jurisdiction, failure to prosecute, and failure to comply with the Court's order,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that this action is dismissed without prejudice.

DATED: September 29, 2020

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE